UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

**BENNIE ANDERSON** :

    Petitioner  :  CIVIL ACTION NO. 3:21-0136

  v.  :  (JUDGE MANNION)

: 

**KEVIN KAUFFMAN,**

:

    Respondent

## ORDER

In accordance with this Court's memorandum issued this same day, **IT IS HEREBY ORDERED THAT**:

1. The petition for writ of habeas corpus pursuant to 28 U.S.C. §2254 is **DENIED** without prejudice.

2. A certificate of appealability is **DENIED**.

3. The Clerk of Court is directed to **CLOSE THIS CASE**.

*s/ Malachy E. Mannion*
MALACHY E. MANNION
United States District Judge

DATE: April 15, 2021
21-0136-01-Order